UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80546-ROSENBERG/BRANNON

WILLIAM HUBBARD, on behalf of himself
and others similarly situated,

    Plaintiff,

    v.

THOMPSON & SONS MOVING AND STORAGE, INC.,
a Florida Corporation, SHAWN THOMPSON, individually, and
MARCEN MORRIS, individually,

    Defendants.
_____/

## **STATUS REPORT**

Plaintiff, WILLIAM HUBBARD, by and through the undersigned counsel, pursuant to the Court's December 12, 2017 Order, hereby advises the Court that the individual Defendants, SHAWN THOMPSON and MARCEN MORRIS' Chapter 13 Bankruptcy proceeding filed on November 10, 2017 in the Southern District of Florida, Bankruptcy Case No. 17-23640-EPK remains active with an Amended Chapter 13 Plan having been filed on January 24, 2018, pending confirmation.

Dated:  February 23, 2018          Respectfully submitted,

                                               **s/HAZEL SOLIS ROJAS**
                                               Keith M. Stern, Esquire
                                               Florida Bar No. 321000
                                               E-mail:  employlaw@keithstern.com
                                               Hazel Solis Rojas, Esquire
                                               Florida Bar No. 91663
                                               E-mail:  hsolis@workingforyou.com
                                               LAW OFFICE OF KEITH M. STERN, P.A.
                                               One Flagler
                                               14 NE 1st Avenue, Suite 800

                                        Miami, Florida  33132
                                        Telephone:  (305) 901-1379
                                        Facsimile:  (561) 288-9031
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                        **s/HAZEL SOLIS ROJAS**
                                        Hazel Solis Rojas

## SERVICE LIST
### William Hubbard v. Thompson & Sons Moving and Storage
### Case No. 9:17-CV-80546-ROSENBERG/BRANNON
### United States District Court for the Southern District of Florida

Gawane Grant, Esquire
2331 North State Road 7, Suite 212
Lauderhill, Florida 33313
Telephone:  954-739-5600
Fax:  954-739-5663
E-mail:  legaldocumentsonly@gmail.com
Attorneys for Defendants
Served via CM/ECF